IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THOMAS ANDREW WHITTLE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00181-TES-MSH |
| | * |
| DOOLY STATE PRISON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 31st day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk